FILED

NOV 13 2019

Clerk, U. S. District Court
Eastern District of Tennessee
At Greeneville

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | 2:19-CR-187 |
| v. ) | JUDGE Greer |
| ) | |
| KEVIN LYNN HAWKINS ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that on or about October 20, 2019, within the Eastern District of Tennessee, the defendant, KEVIN LYNN HAWKINS, knowing that he was an unlawful user of a controlled substance, did knowingly possess a firearm, namely,

1) Glock, Model: 22, Caliber: 40

2) American Tactical, Model: Mil Sport Mulit Cal, Caliber: 5.56

that firearm having been transported in interstate commerce.

[18 U.S.C. § 922(g)(3)]

### FORFEITURE ALLEGATION

1. The allegation contained in Count One of this Indictment is hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

2. Upon conviction of the offense in violation of 18 U.S.C. § 922(g)(3) set forth in this Indictment, the defendant, KEVIN LYNN HAWKINS, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the commission of the offense, including but not limited to a:

1) Glock, Model: 22, Caliber: 40; and

2) American Tactical, Model: Mil Sport Mulit Cal, Caliber: 5.56.

3. If any of the properties described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

TRUE BILL:

[signature redacted]

FOREPERSON

J. DOUGLAS OVERBEY
United States Attorney

By: [signature]
B. TODD MARTIN
Assistant U.S. Attorney

2